**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES CHRISTOPHER KANEER ) | Case No. 21−32353−KLP |
| ) | Chapter 7 |
| Debtor ) | |

**EXHIBIT TO REAFFIRMATION AGREEMENT**

**Creditor Addresses**

Fulton Bank, N.A.
c/o William Lupus
McCabe, Weisberg & Conway, LLC
312 Marshall Ave., Suite 800
Laurel, MD 20707


Fulton Bank N.A
P.O. Box 4887
Lancaster, PA 17604